# **EXHIBIT A**

1. Ainsworth, Dalton E
2. Albertson, Emily L
3. Ashmore, Bryan S
4. Baggett, Tyler W
5. Bailey, Ryan D
6. Barnes, David A
7. Beard, Anthony J
8. Biddle, James
9. Blevins, Dennis L
10. Booker, Kazdan L
11. Boren, Shawn C
12. Bova, Houston
13. Bradley, Jerry R
14. Branch, Leslie P
15. Britcher, Jonathan C
16. Broach, William D
17. Brock-Reed, Joshua
18. Brown, Natalie M
19. Bryant, William M
20. Burns, Sabin A
21. Buller, Luke A
22. Cameron, Justen
23. Cantwell, Joshua
24. Caple, Forest
25. Carter, James T
26. Clardy, Wesley B
27. Clark, Phillip J
28. Cleary, Jaleesa D
29. Corwin, Charles S
30. Cribb, Steve P
31. Daniel, Matthew
32. Deaton, Donivan C
33. Dregger, Scott E
34. Duncan, Richard A
35. Duncan, Richard D
36. Emery, Ashley D
37. Emery, Jesse T
38. Evans, Jonathan M
39. Farrier, Billy L
40. Farris, Brian E
41. Felt Jr., Walter
42. Fisher, Casey C
43. Ford, Sammy H
44. Friddle, Chance R

45. Friddle, Donna D
46. Fritts, Mary C
47. Frix, Jason A
48. Gasparotta, Robert L
49. Grant, John W
50. Gray, Jordan M
51. Gunn, Michael S
52. Gushing, Chase D
53. Hargis, Kyle
54. Heath, Ashlie R
55. Hensley, John D
56. Henson, William S
57. Hipps, Clifton D
58. Hoelscher, Daniel E
59. Hoffman, Dustin J
60. Hopper, Jonathan
61. Horchak, Jeremy
62. Hughes, Jeremiah L
63. Jackson, Isaac A
64. Jackson, Wilfred
65. Jenson, Chelsea A
66. Jeremiah, Mark S
67. Jester, Devin K
68. Johnston, Heather M
69. Jones, Jacob B
70. Jones, Layne F
71. Kendrick, Alex E
72. Kennedy, Daniel F
73. Lane, Josh D
74. Langdell, Vera L
75. Livingston, Ashley A
76. Long, Robert G
77. Lowden, Graham H
78. Manzano, Ivan M
79. Martin, Norman R
80. McDermid, Bruce B
81. McGahan, Braden
82. McGahan, Tommy L
83. Medeiros, Jason
84. Meyers, Richard A
85. Militello, Angela A
86. Mills, Christopher K
87. Mitchell, Gilbert
88. Moore, Kevin A
89. Moore, Kevin W
90. Moore, Lydell O

91. Moore, Timothy
92. Moseley, Kyle A
93. Murphree, Steven R
94. Nguyen, Austin Q
95. Nichols, David L
96. Owens, Jonathon C
97. Pereira, Ian P
98. Pruitt, Jimmy D
99. Remy, Jessy W
100. Rogers, Jason T
101. Rowan, Amy K
102. Russell, Thomas W
103. Sage, Brandon E
104. Sanderford, David L
105. Sanders, Bobby
106. Scott, Benjamin K
107. Seitz, Jason D
108. Shrum, James D
109. Slagle, Terena L
110. Slaton, Robert L
111. Smith, Gordon A
112. Smith, Jacob D
113. Smith Joshua M
114. Smith, Tristan L
115. Spanel, Peter S
116. Springer, Jarrod
117. Stanard, Michael
118. Stanley, Billie
119. Steward, Ronald L
120. Stewart, Gary R
121. Studyvin, Colin R
122. Swearingen, Danielle L
123. Talia, Dylan V
124. Tarr, Bradley J
125. Taylor, Curtis L
126. Thompson, Chancelor V
127. Thompson, Thomas N
128. Thornburg, Justin D
129. Tilson, James
130. Tolbert, Rocky E
131. Tramell, Ryan M
132. Ung, Chipheng
133. Vaugh, Clinton R
134. Volker, Lynda R
135. Waite, Robert S
136. Waters, Blake A

137. Watson, Timothy N
138. Webster, Michael N
139. Wells, Michael K
140. Wigley, William G
141. Williams, John W
142. Williams, Nathanael
143. Williams, Terry D
144. Willard, Raymond W
145. Woodhouse, Eric J
146. Youngblood, Ben N
147. Youngblood, Doyle S